ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN                    **FILED: 10/25/12**
Assistant United States Attorney        (CLOSED)
Chief, Civil Division
CEDINA M. KIM, CSBN 147248
Assistant United States Attorney
    300 N. Los Angeles Street, #7516
    Los Angeles, CA 90012
    Telephone: (213) 894-2446
    Facsimile: (213) 894-7819
    Email: cedina.kim@usdoj.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

|  |  |
|---|---|
| KAMRON HAKHAMIMI; an individual, | ) No. CV 11-8836 GHK (JEMx) |
|  | ) |
| Plaintiff, | ) **(~~PROPOSED~~) FINAL JUDGMENT** |
|  | ) **PURSUANT TO PARTIES'** |
| v. | ) **STIPULATION TO DISMISS CASE** |
|  | ) **WITH PREJUDICE PURSUANT TO** |
|  | ) **SETTLEMENT AGREEMENT** |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | ) |
|  | ) |
| Defendant. | ) |

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that based upon the parties' *Stipulation to Dismiss Case With Prejudice Pursuant to Settlement Agreement Regarding Length of Plaintiff's Period of Exclusion*, filed on October 23, 2012, the above-captioned action is dismissed in its entirety with prejudice.

Dated:   10/24/12                      

                    HON. GEORGE H. KING
                    CHIEF UNITED STATES DISTRICT JUDGE