ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM, CSBN 147248
Assistant United States Attorney
    300 N. Los Angeles Street, #7516
    Los Angeles, CA  90012
    Telephone: (213) 894-2446
    Facsimile: (213) 894-7819
    Email: cedina.kim@usdoj.gov
Attorneys for Defendant

**FILED:  10/25/12**
(CLOSED)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KAMRON HAKHAMIMI; an individual, | ) No. CV 11-8836 GHK (JEMx) ) |
| Plaintiff, | ) (~~PROPOSED~~) **FINAL JUDGMENT** ) **PURSUANT TO PARTIES'** |
| v. | ) **STIPULATION TO DISMISS CASE** ) **WITH PREJUDICE PURSUANT TO** ) **SETTLEMENT AGREEMENT** |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | ) ) ) |
| Defendant. | ) |

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that based upon the parties' *Stipulation to Dismiss Case With Prejudice Pursuant to Settlement Agreement Regarding Length of Plaintiff's Period of Exclusion*, filed on October 23, 2012, the above-captioned action is dismissed in its entirety with prejudice.


Dated:   10/24/12                               

                HON. GEORGE H. KING
                CHIEF UNITED STATES DISTRICT JUDGE

1